UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, <br><br> Defendant. | CASE NO. C05-03127 JW <br><br> [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION |

Before the Court is the Joint Motion to Extend Time to Complete Mediation (the "Motion") filed by plaintiff Revolutionary Software, Inc. ("RSW") and defendant Eclipsys Corporation ("Eclipsys"). Having considered the papers submitted by the parties and all other matters presented to or judicially noticed by the Court, and good cause appearing therefor it is hereby ADJUDGED, ORDERED AND DECREED as follows:

1. The Motion is GRANTED; and

2. The deadline to complete mediation in this action is extended to July 31, 2006.

Dated: 06/16/06

*James Ware*

U.S. District Court Judge

100022007_1.DOC

Gibson, Dunn & Crutcher LLP