GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 072500
MICHAEL B. SMITH, SBN 235764
JOSEPH W. GUZZETTA, SBN 233560
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ECLIPSYS CORPORATION

CYNTHIA M. JUDY, SBN 169648
8882 Dyer Road
Prunedale, California 93907-8780
Telephone: (831) 663-8851

BURTON, VOLKMANN & SCHMAL, LLP
Timothy R. Volkmann, Esq., SBN 098280
133 Mission Street, Suite 102
Santa Cruz, California 95060
Telephone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Plaintiff
REVOLUTIONARY SOFTWARE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, <br><br> Defendant. | CASE NO. C-05-03127 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ECLIPSYS CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT OF PLAINTIFF REVOLUTIONARY SOFTWARE, INC. <br><br> Date: N/A <br> Time: N/A |

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME; CASE NO. C-05-03127 JW

WHEREAS, on September 8, 2006, plaintiff Revolutionary Software, Inc. ("RSW") filed the First Amended Complaint in this action;

WHEREAS, on September 12, 2006, the Court ordered that RSW was permitted to file the First Amended Complaint; and

WHEREAS, the parties have agreed to extend the time for defendant Eclipsys Corporation ("Eclipsys") to respond to the First Amended Complaint to September 29, 2006;

THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before September 29, 2006.

DATED: September 19, 2006        GIBSON, DUNN & CRUTCHER LLP

By: *Michael B. Smith by JWG per email authorization*
Michael B. Smith

Attorneys for Defendant
Eclipsys Corporation

DATED: September __, 2006        LAW OFFICE OF CYNTHIA M. JUDY
BURTON, VOLKMANN & SCHMAL, LLP

By: _____

Attorneys for Plaintiff
Revolutionary Software, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
The Honorable James Ware
United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME; CASE NO. C-05-03127 JW

WHEREAS, on September 8, 2006, plaintiff Revolutionary Software, Inc. ("RSW") filed the First Amended Complaint in this action;

WHEREAS, on September 12, 2006, the Court ordered that RSW was permitted to file the First Amended Complaint; and

WHEREAS, the parties have agreed to extend the time for defendant Eclipsys Corporation ("Eclipsys") to respond to the First Amended Complaint to September 29, 2006;

THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before September 29, 2006.

DATED: September __, 2006        GIBSON, DUNN & CRUTCHER LLP


By: _____
        Michael B. Smith

Attorneys for Defendant
Eclipsys Corporation


DATED: September 18, 2006        LAW OFFICE OF CYNTHIA M. JUDY
                                 BURTON, VOLKMANN & SCHMAL, LLP


By: *Cynthia M. Judy*

Attorneys for Plaintiff
Revolutionary Software, Inc.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 21st, 2006

_____
The Honorable James Ware
United States District Court Judge