| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | DENIS R. SALMON, SBN 072500<br>MICHAEL B. SMITH, SBN 235764 |
| 3 | JOSEPH W. GUZZETTA, SBN 233560<br>1881 Page Mill Road |
| 4 | Palo Alto, California 94304<br>Telephone: (650) 849-5300 |
| 5 | Facsimile: (650) 849-5333 |
| 6 | Attorneys for Defendant<br>ECLIPSYS CORPORATION |
| 7 | |
| 8 | CYNTHIA M. JUDY, SBN 169648<br>8882 Dyer Road |
| 9 | Prunedale, California 93907-8780<br>Telephone: (831) 663-8851 |
| 10 | BURTON, VOLKMANN & SCHMAL, LLP |
| 11 | Timothy R. Volkmann, Esq., SBN 098280<br>133 Mission Street, Suite 102 |
| 12 | Santa Cruz, California 95060<br>Telephone: (831) 425-5023 |
| 13 | Facsimile: (831) 427-3159 |
| 14 | Attorneys for Plaintiff<br>REVOLUTIONARY SOFTWARE, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive,<br><br>Defendant. | CASE NO. C-05-03127 JW<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT ECLIPSYS CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT OF PLAINTIFF REVOLUTIONARY SOFTWARE, INC.<br><br>Date: N/A<br>Time: N/A |

WHEREAS, on September 12, 2006, the Court ordered that RSW was permitted to file the First Amended Complaint;

WHEREAS, the parties originally stipulated and the Court ordered that defendant Eclipsys Corporation ("Eclipsys") would file a response to the First Amended Complaint on or before September 29, 2006;

WHEREAS, RSW filed the First Amended Complaint on September 19, 2006;

WHEREAS, counsel for RSW is unavailable for a hearing on a motion to dismiss until November 20, 2006; and

WHEREAS, the parties have agreed to extend the time for Eclipsys to respond to the First Amended Complaint until October 13, 2006;

THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before October 13, 2006.

DATED: September 28, 2006

GIBSON, DUNN & CRUTCHER LLP

By: _____
Michael B. Smith

Attorneys for Defendant
Eclipsys Corporation

DATED: September __, 2006

LAW OFFICE OF CYNTHIA M. JUDY
BURTON, VOLKMANN & SCHMAL, LLP

By: _____

Attorneys for Plaintiff
Revolutionary Software, Inc.

1    WHEREAS, on September 12, 2006, the Court ordered that RSW was permitted to file the
2    First Amended Complaint;
3    WHEREAS, the parties originally stipulated and the Court ordered that defendant Eclipsys
4    Corporation ("Eclipsys") would file a response to the First Amended Complaint on or before
5    September 29, 2006;
6    WHEREAS, RSW filed the First Amended Complaint on September 19, 2006;
7    WHEREAS, counsel for RSW is unavailable for a hearing on a motion to dismiss until
8    November 20, 2006; and
9    WHEREAS, the parties have agreed to extend the time for Eclipsys to respond to the First
10   Amended Complaint until October 13, 2006;
11   THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:
12   Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before
13   October 13, 2006.

DATED: September ___, 2006            GIBSON, DUNN & CRUTCHER LLP


                                      By: _____
                                               Michael B. Smith

                                      Attorneys for Defendant
                                      Eclipsys Corporation


DATED: September 29, 2006             LAW OFFICE OF CYNTHIA M. JUDY
                                      BURTON, VOLKMANN & SCHMAL, LLP


                                      By: *Cynthia M. Judy*

                                      Attorneys for Plaintiff
                                      Revolutionary Software, Inc.

1

## [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: 10/02/06 _____    _____

5  The Honorable James Ware
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28