**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Eclipsys Corp., | |
| Defendant. | |

The Court deems Defendant's Motion to Dismiss appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 20, 2006 is vacated. The parties shall still appear for the case management conference scheduled on that day.

Dated:  November 15, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
Joseph Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

Dated:  November 15, 2006                                             Richard W. Wieking, Clerk

                                                                     By:  /s/ JW Chambers
                                                                            **Elizabeth Garcia**
                                                                            **Courtroom Deputy**