IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
| Plaintiff, | **NOTICE OF INTENT TO APPOINT A SPECIAL MASTER** |
| v. | |
| Eclipsys Corp., | |
| Defendant. | |

On October 17, 2006, the Court held an initial case management conference. The parties agreed that a Special Master should be appointed to assist the Court with the complex technical issues present in this case. The Court ordered the parties to each make three nominations. On November 21, 2006, the Court held a further case management conference to discuss the appointment of a Special Master from the parties' nominations.

Accordingly, the Court notifies the parties of its intent to appoint A.J. Nichols, Ph.D., 27 Preston Rd., Woodside, California 94062, (650) 851-4970, as the Special Master for this case.[1] The parties have outlined the respective contentions. As one of his initial functions, the Special Master shall outline for the Court what is to be done in the case with respect to the technical issues. That is, the Special Master is to examine and report on the origin of the products in-suit. Further, the Special Master is to evaluate the source code and its derivatives as used under the terms of the agreement.

---

[1] The Court discloses that Dr. Nichols' wife, Linda McPharlin, serves on a charitable board (the Silicon Valley Campaign for Legal Services) with Defendant's counsel Denis Salmon. Dr. Nichols does not recall ever meeting Mr. Salmon, but his wife says that they once ran into him at an art gallery in San Francisco.

This initial report shall be completed by **January 22, 2006**. The Court will conduct a follow up meeting with the Special Master upon receipt of the report.

Unless the Court receives a recommendation from the Special Master for some other apportionment, each party shall bear the cost of the Special Master on a per capita basis. The Special Master shall be compensated at a rate of $450 per hour. In addition, each party shall tender to the Special Master, within ten (10) days of the effective date of the appointment, a retainer in the amount of $5000. The retainer will be applied to the Special Master's final bill and any excess amount shall be refunded to the respective parties. The Special Master shall report to the Court on a periodic basis regarding the state of his fees and expenses. Unless otherwise ordered, the Special Master shall, in these periodic reports, advise the Court, without specifically identifying parties, as to whether the parties are current in their payment of his fees and expenses.

The parties shall have ten (10) days from the date of this Notice to file any objections to Dr. Nichols being named as Special Master. If no objection is filed and if Dr. Nichols files the affidavit required by Federal Rule of Civil Procedure 53(b)(3), the Court's appointment of Dr. Nichols as Special Master shall become effective twelve (12) days after the date of this Notice.

Dated: December 11, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
Joseph Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

A.J. Nichols, Ph.D.
27 Preston Rd.
Woodside, CA  94062

**Dated:  December 11, 2006**               **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California