1  G:\JWALL\ARCHIVEDORDERS\orders2006\05eciv3127specmastaffidavit.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
| Plaintiff, | **DECLARATION OF A.J. NICHOLS RE: APPOINTMENT AS SPECIAL MASTER** |
| v. | |
| Eclipsys Corp., | |
| Defendant. | |

I, A.J. Nichols, declare that I will adhere to the terms of my appointment as the Court's "Special Master" in the above entitled action and that there are no grounds to disqualify me from serving in this capacity.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, that if called as a witness, I could competently testify thereto, and that this declaration is executed in Woodside, California, on December 14, 2006.

Dated: December 14, 2006           /s/ A.J. Nichols
                                    A.J. NICHOLS

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
3 Joseph Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
4 Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

7 **Dated: December 14, 2006**          **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California