IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
| Plaintiff, | **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| Eclipsys Corp., | |
| Defendant. | |

On January 3, 2007, the Court conducted a telephonic case management conference to discuss Plaintiff's objection to the appointment of a Special Master. (See Docket Item No. 59.) The objection was filed in response to the Court's notice of intent to appoint A.J. Nichols, Ph.D. ("Dr. Nichols"), as Special Master. (hereafter, "Notice of Intent," Docket Item No. 57.)

As discussed at the conference, Plaintiff's main objection concerned the scope of the work that the Special Master was charged with carrying out. The Notice of Intent, however, indicated that the initial task of the Special Master was to determine what work needed to be done to resolve the technical issues in the case. The parties, therefore, should work with each other, and with the Special Master, to develop an outline of the issues that are appropriate for the Special Master to resolve.

Plaintiff also objected to the equal apportionment of the Special Master's fees. The Court, however, finds no reason not to have the parties split the fees equally. The equal distribution of fees is an important aspect of this process, as it ensures that the Special Master is not beholden to any particular party.

For the Northern District of California

1     Accordingly, Plaintiff's objection to the appointment of the Special Master is
2 OVERRULED. Dr. Nichols' appointment as Special Master is effective immediately. The Special
3 Master shall meet with the parties and have the parties outline the technical issues presented in the
4 litigation. The Special Master will then submit to the Court a report outlining the scope of work to
5 be completed. The outline shall also include an estimate budget for the project. The Special Master
6 shall lodge the report with the Court and send copies to the parties by **February 2, 2006.**

8 Dated: January 5, 2007

                                                     JAMES WARE
                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
Joseph Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

A.J. Nichols, Ph.D.
27 Preston Rd.
Woodside, CA  94062

**Dated:  January 5, 2007**                             **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**