1

2

3

4 IN THE UNITED STATES DISTRICT COURT

5 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6 SAN JOSE DIVISION

7 Revolutionary Software, Inc.,                    NO. C 05-03127 JW

8                          Plaintiff,      **ORDER DESIGNATING SPECIAL**
                                           **MASTER'S INITIAL TASK;**
9      v.                                  **OVERRULING PLAINTIFF'S**
                                           **OBJECTIONS TO THE SPECIAL**
Eclipsys Corporation,                      **MASTER'S RECOMMENDATION**
10
                         Defendant.
11 _____/

12      On March 4, 2007, the Special Master presented a proposed order to the Court and the

13 parties concerning his initial task. Specifically, he proposed that he begin by examining the present

14 version of Sunrise Clinical Manager to determine whether it contains elements of Plaintiff's

15 Licensed Software. The Court adopts the Special Master's proposal. Pursuant to Federal Rule of

16 Civil Procedure 53(g), Plaintiff's objections are overruled. The Court orders as follows:

17 1.    The Special Master shall begin the investigation of the possible presence of the Licensed

18       Software in Defendant's Sunrise Clinical Manager as soon as practicable;

19 2.    Defendant shall produce to the Special Master all source code repositories or other historical

20       copies of the Sunrise Clinical Manager (or the entire Sunrise XA suite if less burdensome) by

21       Friday, March 23, 2007, unless good cause is shown for an extension of time; and

22 3.    Defendant shall produce to the Special Master an operating version of the most recent CIMS

23       product along with its source code as well as all source code repositories and/or other

24       historical copies of the source code by April 2, 2007, unless good cause is shown for an

25       extension of time.

26

27 Dated: March 16, 2007

28                                         JAMES WARE
                                           United States District Judge

*United States District Court*
For the Northern District of California

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Cynthia M Judy cjudy@ix.netcom.com

Denis R. Salmon dsalmon@gibsondunn.com

3

Joseph  Guzzetta jguzzetta@gibsondunn.com

Michael B. Smith mbsmith@gibsondunn.com

4

Timothy James Schmal TSchmal@bvsllp.com

Timothy Robert Volkmann TRV@BVSLLP.com

5

6

**Dated:  March 16, 2007**

**Richard W. Wieking, Clerk**

7

8

**By:   /s/ JW Chambers**

**Elizabeth Garcia**

**Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28