```
 1  GIBSON, DUNN & CRUTCHER LLP
    DENIS R. SALMON, SBN 072500
 2  MICHAEL B. SMITH, SBN 235764
    JOSEPH W. GUZZETTA, SBN 233560
 3  1881 Page Mill Road
    Palo Alto, California 94304
 4  Telephone: (650) 849-5300
    Facsimile: (650) 849-5333
 5
    Attorneys for Defendant
 6  ECLIPSYS CORPORATION

 7

 8  CYNTHIA M. JUDY, SBN 169648
    8882 Dyer Road
    Prunedale, California 93907-8780
 9  Telephone: (831) 663-8851

10  BURTON, VOLKMANN & SCHMAL, LLP
    Timothy R. Volkmann, Esq., SBN 098280
11  133 Mission Street, Suite 102
    Santa Cruz, California 95060
12  Telephone: (831) 425-5023
    Facsimile: (831) 427-3159
13
    Attorneys for Plaintiff
14  REVOLUTIONARY SOFTWARE, INC.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REVOLUTIONARY SOFTWARE, INC., | CASE NO. C-05-03127 JW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ECLIPSYS CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT OF PLAINTIFF REVOLUTIONARY SOFTWARE, INC. |
| v. | |
| ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, | |
| Defendant. | Date: N/A<br>Time: N/A |

WHEREAS, on October 13, 2006, defendant Eclipsys Corporation ("Eclipsys") filed a motion to dismiss the First Amended Complaint;

1   WHEREAS, on March 30, 2007, the Court granted in part and denied in part the motion to
2   dismiss and granted plaintiff Revolutionary Software, Inc. ("RSW") leave to amend its complaint on
3   or before April 30, 2007; and
4   WHEREAS, in order to avoid duplicative and unnecessary pleading, the parties have agreed
5   to extend the time for Eclipsys to respond to the First Amended Complaint, should RSW elect not to
6   file a Second Amended Complaint, to May 10, 2007;
7   THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:
8   In the event that RSW elects not to file a Second Amended Complaint on or before April 30,
9   2007, Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before May
10  10, 2007.

DATED: April 10, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
        Michael B. Smith

Attorneys for Defendant
Eclipsys Corporation

DATED: April ___, 2007

LAW OFFICE OF CYNTHIA M. JUDY
BURTON, VOLKMANN & SCHMAL, LLP

By: _____
        Cynthia M. Judy

Attorneys for Plaintiff
Revolutionary Software, Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
The Honorable James Ware
United States District Court Judge

WHEREAS, on March 30, 2007, the Court granted in part and denied in part the motion to dismiss and granted plaintiff Revolutionary Software, Inc. ("RSW") leave to amend its complaint on or before April 30, 2007; and

WHEREAS, in order to avoid duplicative and unnecessary pleading, the parties have agreed to extend the time for Eclipsys to respond to the First Amended Complaint, should RSW elect not to file a Second Amended Complaint, to May 10, 2007;

THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

In the event that RSW elects not to file a Second Amended Complaint on or before April 30, 2007, Eclipsys shall answer or otherwise respond to the First Amended Complaint on or before May 10, 2007.

DATED: April __, 2007        GIBSON, DUNN & CRUTCHER LLP


                             By: _____
                                      Michael B. Smith

                             Attorneys for Defendant
                             Eclipsys Corporation


DATED: April 10, 2007        LAW OFFICE OF CYNTHIA M. JUDY
                             BURTON, VOLKMANN & SCHMAL, LLP


                             By: /s/ Cynthia M. Judy
                                      Cynthia M. Judy

                             Attorneys for Plaintiff
                             Revolutionary Software, Inc.


[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __4/11/2007__         /s/ James Ware
                             _____
                             The Honorable James Ware
                             United States District Court Judge