GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 072500
MICHAEL B. SMITH, SBN 235764
JOSEPH W. GUZZETTA, SBN 233560
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
ECLIPSYS CORPORATION


CYNTHIA M. JUDY, SBN 169648
8882 Dyer Road
Prunedale, California 93907-8780
Telephone: (831) 663-8851

BURTON, VOLKMANN & SCHMAL, LLP
Timothy R. Volkmann, Esq., SBN 098280
133 Mission Street, Suite 102
Santa Cruz, California 95060
Telephone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Plaintiff
REVOLUTIONARY SOFTWARE, INC.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, <br><br> Defendant. | CASE NO. C-05-03127 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ECLIPSYS CORPORATION TO RESPOND TO THE SECOND AMENDED COMPLAINT OF PLAINTIFF REVOLUTIONARY SOFTWARE, INC. <br><br> Date: N/A <br> Time: N/A |

1  WHEREAS, on April 26, 2007, plaintiff Revolutionary Software, Inc. ("RSW") filed the
2  Second Amended Complaint in this action; and
3  WHEREAS, the parties have agreed to extend the time for defendant Eclipsys Corporation
4  ("Eclipsys") to respond to the Second Amended Complaint to May 18, 2007;
5  THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:
6  Eclipsys shall answer or otherwise respond to the Second Amended Complaint on or before
7  May 18, 2007.

8  DATED: May 7, 2007                    GIBSON, DUNN & CRUTCHER LLP

10                                        By: _____
                                                Michael B. Smith

                                         Attorneys for Defendant
                                         Eclipsys Corporation

14  DATED: May 7, 2007                   LAW OFFICE OF CYNTHIA M. JUDY
                                         BURTON, VOLKMANN & SCHMAL, LLP

17                                        By: _____

                                         Attorneys for Plaintiff
                                         Revolutionary Software, Inc.

21                        [PROPOSED] ORDER

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED:   May 9, 2007

                                         _____
                                         The Honorable James Ware
                                         United States District Court Judge

1     WHEREAS, on April 26, 2007, plaintiff Revolutionary Software, Inc. ("RSW") filed the Second Amended Complaint in this action; and

    WHEREAS, the parties have agreed to extend the time for defendant Eclipsys Corporation ("Eclipsys") to respond to the Second Amended Complaint to May 18, 2007;

    THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

    Eclipsys shall answer or otherwise respond to the Second Amended Complaint on or before May 18, 2007.

DATED: May 7, 2007      GIBSON, DUNN & CRUTCHER LLP

By: _____
    Michael B. Smith

Attorneys for Defendant
Eclipsys Corporation

DATED: May 7, 2007      LAW OFFICE OF CYNTHIA M. JUDY
BURTON, VOLKMANN & SCHMAL, LLP

By: *[signature]* Cynthia M. Judy

Attorneys for Plaintiff
Revolutionary Software, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
The Honorable James Ware
United States District Court Judge