| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | DENIS R. SALMON, SBN 072500 |
| 2 | MICHAEL B. SMITH, SBN 235764 |
| | JOSEPH W. GUZZETTA, SBN 233560 |
| 3 | 1881 Page Mill Road |
| | Palo Alto, California 94304 |
| 4 | Telephone: (650) 849-5300 |
| | Facsimile: (650) 849-5333 |

Attorneys for Defendant
ECLIPSYS CORPORATION

CYNTHIA M. JUDY, SBN 169648
8882 Dyer Road
Prunedale, California 93907-8780
Telephone: (831) 663-8851

BURTON, VOLKMANN & SCHMAL, LLP
Timothy R. Volkmann, Esq., SBN 098280
133 Mission Street, Suite 102
Santa Cruz, California 95060
Telephone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Plaintiff
REVOLUTIONARY SOFTWARE, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., | CASE NO. C-05-03127 JW (PVT) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL |
| v. | |
| ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, | |
| Defendant. | Date: May 29, 2007<br>Time: 10:00 a.m. |

WHEREAS, on April 17, 2007, defendant Eclipsys Corporation ("Eclipsys") filed a Motion to Compel Further Production of Documents by defendant Revolutionary Software, Inc. ("RSW");

WHEREAS, a hearing is currently scheduled on Eclipsys's Motion to Compel on May 22, 2007;

WHEREAS, on April 24, 2007, Eclipsys filed a Motion for Protective Order Governing RSW's Contacts with Eclipsys's Customers;

1  WHEREAS, a hearing is currently scheduled on Eclipsys's Motion for Protective Order on
2  May 29, 2007;
3  WHEREAS, counsel for RSW has a mediation scheduled for May 22, 2007, that will prevent
4  him from attending the hearing on Eclipsys's Motion to Compel; and
5  WHEREAS, for the convenience of the parties and to conserve the resources of the Court, the
6  parties have agreed to continue the hearing on Eclipsys's Motion to Compel from May 22, 2007, to
7  May 29, 2007;
8  NOW THEREFORE, subject to the approval of the Court, pursuant to Civil Local Rule 7-
9  7(b)(1) IT IS HEREBY STIPULATED THAT:
10  The Court shall hear oral argument on Eclipsys's Motion to Compel Further Production of
11  Documents by RSW and Eclipsys's Motion for Protective Order on May 29, 2007.

DATED: May 11, 2007         GIBSON, DUNN & CRUTCHER LLP

                            By: _____
                                    Michael B. Smith

                            Attorneys for Defendant
                            Eclipsys Corporation

DATED: May 11, 2007         LAW OFFICE OF CYNTHIA M. JUDY
                            BURTON, VOLKMANN & SCHMAL, LLP


                            By: _____

                            Attorneys for Plaintiff
                            Revolutionary Software, Inc.


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/14/07             _____
                            The Honorable Patricia V. Trumbull
                            United States Magistrate Judge

1

WHEREAS, a hearing is currently scheduled on Eclipsys's Motion for Protective Order on May 29, 2007;

WHEREAS, counsel for RSW has a mediation scheduled for May 22, 2007, that will prevent him from attending the hearing on Eclipsys's Motion to Compel; and

WHEREAS, for the convenience of the parties and to conserve the resources of the Court, the parties have agreed to continue the hearing on Eclipsys's Motion to Compel from May 22, 2007, to May 29, 2007;

NOW THEREFORE, subject to the approval of the Court, pursuant to Civil Local Rule 7-7(b)(1) IT IS HEREBY STIPULATED THAT:

The Court shall hear oral argument on Eclipsys's Motion to Compel Further Production of Documents by RSW and Eclipsys's Motion for Protective Order on May 29, 2007.

DATED: May 11, 2007         GIBSON, DUNN & CRUTCHER LLP

                            By: _____
                                        Michael B. Smith

                            Attorneys for Defendant
                            Eclipsys Corporation

DATED: May 11, 2007         LAW OFFICE OF CYNTHIA M. JUDY
                            BURTON, VOLKMANN & SCHMAL, LLP

                            By: _____

                            Attorneys for Plaintiff
                            Revolutionary Software, Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                            _____
                            The Honorable Patricia V. Trumbull
                            United States Magistrate Judge