```
65679-2-0
```
TIMOTHY R. VOLKMANN, SBN 098280
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Telephone: (831) 425-5023
Facsimile: (831) 427-3159

CYNTHIA M. JUDY, SBN 169648
8882 Dyer Road
Prunedale, CA 93907-8780
Telephone: (831) 663-8851

Attorneys for Plaintiff
REVOLUTIONARY SOFTWARE, INC.

GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 072500
MICHAEL B. SMITH, SBN 235764
JOSEPH W. GUZZETTA, SBN 233560
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ECLIPSYS CORPORATION, a corporation; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No.: C05-03127 JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF REVOLUTIONARY SOFTWARE, INC. TO RESPOND TO DEFENDANT ECLIPSYS' COUNTERCLAIMS** <br><br> Date: N/A <br> Time: N/A |

WHEREAS, on May 18, 2007, Defendant Eclipsys Corporation filed an Answer to Plaintiff's Second Amended Complaint and Counterclaims against Plaintiff Revolutionary Software, Inc. in

- 1 -

1  this action;

2  WHEREAS the parties have agreed to extend the time for Plaintiff Revolutionary Software,
3  Inc. to respond to Defendant Eclipsys' Counterclaims to June 28, 2007;

4  THEREFORE, subject to the approval of the Court, IT IS HEREBY STIPULATED THAT:

5  Plaintiff Revolutionary Software, Inc. shall answer or otherwise respond to Defendant
6  Eclipsys' Counterclaims on or before June 28, 2007.

Dated: May 24, 2007

LAW OFFICE OF CYNTHIA M. JUDY
BURTON, VOLKMANN & SCHMAL, LLP

By: _____
    Cynthia M. Judy

Attorneys for Plaintiff Revolutionary Software, Inc.

Dated: May 24, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Michael B. Smith

Attorneys for Defendant Eclipsys Corporation

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29 2007

_____
The Honorable James Ware
United States District Court Judge

- 2 -

Stipulation to Extend Time to Respond to Counterclaims          CASE NO. C05-03127 JW