IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
|       Plaintiff,<br>  v.<br>Eclipsys Corporation,<br>      Defendant. | **ORDER RE: PLAINTIFF'S OBJECTION TO THE SECOND REPORT OF THE SPECIAL MASTER; SETTING STATUS CONFERENCE** |

Having reviewed the papers filed by the parties with respect to Plaintiff's Objection, the Court finds it necessary to conduct a status conference to discuss how to proceed. The parties and the Special Master shall appear for a status conference on **June 28, 2007 at 9 AM**.[1]

Dated:  June 21, 2007

JAMES WARE
United States District Judge

---

[1] Plaintiff's counsel have indicated a possible scheduling conflict. However, since this is Plaintiff's objection, the Court finds it necessary to resolve all objections expeditiously in an effort to move the case forward as it has been pending before the Court since 2005.

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
3 Joseph W. Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
4 Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

6 **Dated: June 21, 2007**                              **Richard W. Wieking, Clerk**

                                                **By: /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**