IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Revolutionary Software, Inc., | NO. C 05-03127 JW |
|     Plaintiff,<br>  v.<br>Eclipsys Corporation,<br>    Defendant._____/ | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; NOMINATING A MEDIATOR FOR SETTLEMENT PURPOSES** |

The Court conducted a Case Management Conference on October 29, 2007. Counsel for the respective parties where present. The parties expressed an interest in further mediation. The Court nominates Mr. George C. Fisher[1] or Mr. Tom Denver[2]. The parties shall file their joint election or objection to Mr. Fisher or Mr. Denver by **November 2, 2007**. Once an election is made, the parties shall contact the mediator and schedule their initial session. As discussed at the conference, the mediation session must occur before **November 30, 2007**. The Court has contacted Mr. Fisher and Mr. Denver regarding their schedules; they are both able to accommodate this deadline.

---

[1] Mr. Fisher contact information is as follows: http://www.gfisherlaw.com; georgecfisher@gmail.com; 650 424 0821.

[2] Mr. Denver contact information is as follows: tdenver@mediationmasters.com; 408-280-7883.

The parties are currently scheduled for Further Case Management Conference on **December 10, 2007**. The parties shall file a joint statement updating the Court on the status of mediation on **November 30, 2007.**

Dated: October 30, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Cynthia M Judy cjudy@ix.netcom.com
Denis R. Salmon dsalmon@gibsondunn.com
3 Joseph W. Guzzetta jguzzetta@gibsondunn.com
Michael B. Smith mbsmith@gibsondunn.com
4 Timothy James Schmal TSchmal@bvsllp.com
Timothy Robert Volkmann TRV@BVSLLP.com

6 **Dated:  October 30, 2007**                                **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
8                                                                 **Elizabeth Garcia**
                                                                  **Courtroom Deputy**