GIBSON, DUNN & CRUTCHER LLP
DENIS R. SALMON, SBN 072500
MICHAEL B. SMITH, SBN 235764
JOSEPH W. GUZZETTA, SBN 233560
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant and Counterclaimant
ECLIPSYS CORPORATION

BURTON, VOLKMANN & SCHMAL, LLP
TIMOTHY R. VOLKMANN, SBN 098280
133 Mission Street, Suite 102
Santa Cruz, California 95060
Telephone: (831) 425-5023
Facsimile: (831) 427-3159

CYNTHIA M. JUDY, SBN 169648
8882 Dyer Road
Prunedale, California 93907
Telephone: (831) 663-8851

Attorneys for Plaintiff and Counterdefendant
REVOLUTIONARY SOFTWARE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVOLUTIONARY SOFTWARE, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>ECLIPSYS CORPORATION, a Delaware Corporation<br><br>Defendant. | CASE NO. C-05-03127 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME** |
| ECLIPSYS CORPORATION, a Delaware Corporation<br><br>Counterclaimant,<br><br>v.<br><br>REVOLUTIONARY SOFTWARE, INC.,<br><br>Counterdefendant. | |

WHEREAS, on July 26, 2006, defendant and counterclaimant Eclipsys Corporation ("Eclipsys") served plaintiff and counterdefendant Revolutionary Software, Inc. ("RSW") with its first set of Requests for Production of Documents and Inspection of Things requesting, *inter alia*, that RSW produce the source code for its /rdb software product to Eclipsys;

WHEREAS, on June 20, 2007, Eclipsys served RSW with its second set of Interrogatories in this action, requesting that RSW produce marked copies of the source code for its /rdb software product, indicating which lines were authored by Evan Schaffer and which lines were authored by Barbara Wright;

WHEREAS, RSW has not produced any source code in response to its first set of Requests for Production of Documents and Inspection of Things or the second Set of Interrogatories;

WHEREAS, the parties have agreed to shorten time for a hearing on Eclipsys's motion to compel responses to the second set of Interrogatories and documents responsive to the first set of Requests for Production, so that the issue can be resolved before the deposition of RSW is completed pursuant to Federal Rule of Civil Procedure 30(b)(6), and without delaying the completion of the pre-trial phase this action;

WHEREAS, there have been no prior orders shortening time in this action; and

WHEREAS, the [proposed] order shortening time will have no effect on the schedule for this case;

NOW THEREFORE, subject to the approval of the Court, pursuant to Civil Local Rule 6-2(a), IT IS HEREBY STIPULATED THAT:

1. Eclipsys shall file its motion to compel further production of documents and responses to its second set of Interrogatories on or before November 13, 2007;

2. RSW shall file its opposition, if any, to Eclipsys's motion to compel on or before November 19, 2007;

3. Eclipsys shall file a reply to the opposition, if any, on or before November 21, 2007; and

    4.    The Court shall hold a hearing on Eclipsys's motion to compel on November 27, 2007 at 10:00 a.m.

DATED: November 13, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Joseph W. Guzzetta

Attorneys for Defendant and Counterclaimant
ECLIPSYS CORPORATION

DATED: November 13, 2007

BURTON, VOLKMANN & SCHMAL, LLP
LAW OFFICE OF CYNTHIA M. JUDY

By: *Timothy R. Volkmann* *by SWG per attached telecopy authorization*
    Timothy R. Volkmann

Attorneys for Plaintiff and Counterdefendant
REVOLUTIONARY SOFTWARE, INC.

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 11/14/07

_____
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

100336814_1.DOC